# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | *  CIVIL ACTION NO.: 2:15-cr-27 |
| v. | * |
| | * |
| TRESSICA CURETON | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 143, to which Defendant Tressica Cureton did not file any Objections.

Accordingly, the $25,000 surety bond posted in this case is **FORFEITED**. However, the Court **SETS ASIDE** the entire $25,000 and **EXONERATES** the surety's bond.

SO ORDERED, this 14 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)